**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-6324**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEMETRIUS LAMONT MCCULLERS, a/k/a Meek,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-96-51-BO)

───────────────

Submitted: May 14, 1998          Decided: June 3, 1998

───────────────

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Demetrius Lamont McCullers, Appellant Pro Se. Anne Margaret Hayes, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's motion to compel the Government to make a Fed. R. Crim. P. 35 motion or motion under U.S. Sentencing Guidelines Manual § 5K1.1 (1996), for a downward departure based on substantial assistance. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. McCullers, No. CR-96-51-BO (E.D.N.C. Jan. 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED